FILED
2026 Sep-23 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

JOEL HALL, SR., on behalf of himself and others similarly situated,

Plaintiff,

v.

JUST AS FAMILY, INC.,

Defendant.

**Case No. 2:25-cv-187 (ACA)**

**UNOPPOSED**

# PROPOSED ORDER APPROVING FLSA SETTLEMENT, STAYING DEADLINES, AND RETAINING JURISDICTION

The Parties jointly moved for approval of their fully executed Settlement Agreement and Release (the "Agreement"), approval of the attorneys' fee and cost components, a stay during the installment period, and retention of enforcement jurisdiction. The Court has reviewed the motion, the Agreement, the record, and the applicable law. The Court finds that the Agreement resolves *bona fide* disputes concerning FLSA coverage and exemption, hours worked, willfulness, good faith, the limitations period, damages, and collectability. Considering the adversarial context, the stage of the case, the risks and expense of continued litigation, the possible range of recovery, and counsel's views on the matter, the Agreement is a fair and reasonable resolution under Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982).

The $10,797.75 attorneys' fee is reasonable in light of the lodestar information submitted, the $350.00 hourly rate, and the work performed. The $1,005.00 cost payment is also reasonable and supported by the identified filing fee, *pro hac vice* motion, and local-counsel expenses.

**Accordingly, the Court ORDERS:**

**1.** The Joint Motion is GRANTED.

**2.** The Agreement is APPROVED as a fair and reasonable resolution of a *bona fide* FLSA dispute. The $25,000.00 gross settlement, including $13,197.25 to Plaintiff, $10,797.75 in attorneys' fees, and $1,005.00 in costs, is approved.

**3.** All remaining case deadlines and conferences are STAYED pending completion of the installment payments, and the case is ADMINISTRATIVELY CLOSED for docket-management purposes only.

**4.** The Court expressly RETAINS jurisdiction to enforce the Agreement through thirty (30) days after Defendant has paid the Settlement Amount in full.

**5.** Any request to enter or enforce that judgment must be made by motion supported by evidence of the payment default, notice, cure period, and payments received. Defendant may respond, and the Court reserves all questions concerning entry and enforceability until such a motion is presented.

**6.** Within three (3) business days after Plaintiff's counsel confirms receipt of the entire Settlement Amount in collected funds, the Parties must file a stipulation of voluntary dismissal with prejudice. If payment is not completed as scheduled, either Party may move to reopen the case for appropriate relief.

**7.** The Parties must promptly notify the Court of any material modification to the Agreement or any uncured payment default.

DONE and ORDERED this ______ day of ____________________, 2026.

______________________________

**ANNEMARIE CARNEY AXON**
**UNITED STATES DISTRICT JUDGE**