FILED
2026 Sep-23 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

CONSUMER ATTORNEYS

Date: ____________________

# LABOR & EMPLOYMENT RETAINER AGREEMENT

Joel D Hall Sr ("you" or "your"), Consumer Attorneys ("CA"), (collectively, the "Attorneys" or "we"), hereby enter into this retainer agreement whereby you agree to have the Attorneys represent you in a consumer law matter and/or a labor and employment matter against your employer (hereinafter the "Company").

This Letter of Engagement (the "Letter") is furnished to you in accordance with Part 1215 of the Joint Rules of the Appellate Division of the Supreme Court of the State of New York. It will define the parameters of the work the Attorneys have agreed to perform at this time. Attached to the e-mail this letter accompanies, you will find a Client's Bill of Rights. If it is not attached, it will be provided to you upon request. You should feel free to ask questions about those rights before or after signing this Letter.

## I. SCOPE OF SERVICES

This Letter represents the Attorneys' agreement to negotiate with the Company on your behalf, and to review related documents for you. Consistent with this goal, we may conduct legal research, make calls to the Company or its representatives, draft and send letters, and negotiate, draft, and revise a final agreement and release.

Neither you nor the Attorneys are committed to filing a charge or lawsuit at this time. We may agree to file a charge or lawsuit later upon the terms set forth in this Letter of Engagement. You should be mindful that statute of limitations exist for your claims against the Company and that any claim must be timely brought if you wish to pursue a charge or a lawsuit.

All of the Attorneys' services in this matter will end, unless otherwise agreed upon in a writing signed by us, when a final agreement has been reached or when negotiations fail. Not included within the scope of the Attorneys' representation are services you may request of us in connection with any other matter, action, or proceeding. As in all legal matters, our fees are not contingent upon any particular outcome or result. The Attorneys make no representation as to the value of the claims or the chances of success in the representation. Legal actions are subject to many variables such as the demeanor and recollection of witnesses, the availability of substantiating documents, and other evidence all of which may affect the outcome of a matter. Accordingly, the Attorneys cannot guarantee any results. Client's signature below constitutes an acknowledgment that the Attorneys have made no warranties or guarantees, expressed or implied, as to the outcome or the amounts recoverable in the matter.

This Agreement does not apply to any claim filed by Client, unless such claim was initiated by the Attorneys. However, at the discretion of the Attorneys, the Attorneys may appear in said matters or provide counsel.

Additionally, the Attorneys are not obligated to represent the Client to handle any appeals. However, to the extent the Attorneys perform any such work, payment will be due and owed in accordance with the terms of this Agreement. In addition, the Attorneys cannot recover fees in New York State unemployment insurance proceedings and the Attorneys are not obligated to represent the Client in such proceedings, if they exist.

CONSUMER ATTORNEYS

The Client understands that he or she is retaining the Attorneys and not one specific attorney. The Attorneys reserve the right to assign and delegate all aspects of the representation to employees of or independent contractors performing services for the Attorneys as the Attorneys, in their sole discretion, deem appropriate. Any of the Attorneys' lawyers and/or paraprofessionals may perform the work, labor, and services in the representation of the Client. However, the Attorneys warrant that the work will be performed by persons capable of performing such work.

Among other duties and responsibilities set forth herein, Client is obligated to (1) treat the lawyers and staff with courtesy and consideration; (2) be completely honest with the Attorneys and apprise the Attorneys of all facts or circumstances regarding the matter which is the subject of the representation, even if the facts may be unflattering to the Client or detrimental to Client's cause; (3) understand that the Attorneys have other commitments equally demanding of the Attorneys' time and attention, yet expect that your communications will be answered within a reasonable time frame; (4) respond promptly to the Attorneys' requests for information and cooperation; (5) promptly keep the Attorneys advised of a change in your street address(es), e-mail address(es), telephone number(s), employment status(es), and other events that may relate to the representation; (6) cooperate in all aspects of the case and will comply with all of the Attorneys' reasonable requests; (7) appear on time for depositions, court appearances, and office appointments; (8) provide the Attorneys with all documents and information relevant to the matter; and, (9) abide by all terms of this Agreement, including, but not limited to, Client's payment obligations.

Client acknowledges that during the course of the representation, the disclosure of certain personal / private information may be required. The Client hereby authorizes the Attorneys to obtain and/or disclose all such information, including medical records and reports, tax records, prior employment records, and any other such records as the Attorneys deem reasonably necessary to disclose or review. Additionally, the Client hereby gives the Attorneys power-of-attorney to execute authorizations permitting the release of all Client's medical, tax and/or employment records to the Attorneys and/or to the opposing counsel. Client understands that this information may be released to and viewed by the Attorneys' employees, as well as the opposing party(s) and its lawyers. Also, the Attorneys, as attorney-in-fact, shall have the power-of-attorney to execute any and all instruments on behalf of Client. Additionally, the Attorneys are authorized to negotiate any checks or other instruments that are payable to the Client and/or the Attorneys. The Attorneys will promptly notify Client of receipt of such instruments and the Attorneys will keep accurate records thereof. The Attorneys may deduct from such funds any outstanding fees or expenses.

## II. FEES AND EXPENSES

In consideration of our services, the Attorneys will charge a contingency award of thirty-three-and-a-third percent (33.33333333%) of any amount of money obtained by way of pre-charge or pre-suit settlement negotiations, whether by negotiations with the Attorneys or by way of the Company's direct negotiations with you. In other words, we are entitled to a contingency award even if you reach a settlement directly with the employer after we are retained. Such percentage shall be computed on the net sum recovered after deducting from the amount recovered expenses or other services properly chargeable to the enforcement of the claim or prosecution of the action.

Should we agree to file a charge with an administrative agency, the Attorneys will charge a contingency award of thirty-five (35%) of any amount of money obtained after a charge of

discrimination is filed, whether by negotiations with the Attorneys, by way of the Company's direct negotiations with you, or otherwise. Such percentage shall similarly be computed on the net sum recovered after deducting from the amount recovered expenses or other services properly chargeable to the enforcement of the claim or prosecution of the action.

Should we agree to file a lawsuit, the Attorneys will charge a contingency award of forty percent (40%) of any amount of money obtained after a lawsuit is filed, whether by negotiations with the Attorneys, by way of the Company's direct negotiations with you, or otherwise. Such percentage shall also be computed on the net sum recovered after deducting from the amount recovered expenses or other services properly chargeable to the enforcement of the claim or prosecution of the action.

Should we begin drafting pretrial submissions in anticipation of a trial, the Attorneys will charge a contingency award of forty-five percent (45%) of any amount of money obtained after beginning to draft pretrial submissions, whether by negotiations with the Attorneys, by way of the Company's direct negotiations with you, or otherwise. Such percentage shall also be computed on the net sum recovered after deducting from the amount recovered expenses or other services properly chargeable to the enforcement of the claim or prosecution of the action.

You will also be obligated to pay directly or reimburse the Attorneys for any necessary and reasonable costs of the representation, such as bulk copying and overnight mail incurred during our engagement. Expenses may include, but are not limited to filing fees, photocopies, express delivery, and legal research. The Attorneys will front these costs and seek reimbursement from you at the time a settlement is reached. Should negotiations fail, an itemized bill will be presented to you, and you agree to pay for said expenses within thirty (30) days. Further, if any such individual expense exceeds $1,000.00, we will notify you before incurring said expense on your behalf.

Attorneys' Fees. In the event of a settlement or award, the Attorneys are entitled to the appropriate contingency fee above, in addition to any reasonable attorney's fees recovered. To the extent that non-monetary relief is part of a settlement or award, the value of such relief will be accounted for in calculating the Contingency Fee; the Attorneys and Client will agree to the value of such relief or a value will be assessed in arbitration. Client further understands and acknowledges that any settlement or award is a taxable event and Client is urged to seek financial accounting advice should he receive a settlement or award. The Attorneys agree if legally appropriate, to move the court for an award of counsel fees on Client's behalf. There is no certainty that any such recovery will actually occur, as the application rests in the discretion of the court. Moreover, an application for fees shall not relieve the Client of liability for fees and expenses. In the event attorneys' fees are awarded, and to the extent the lodestar amount for the Attorneys' services are greater than the contingency award.

The Attorneys shall settle claims only with the Client's consent. However, if Client gives the Attorneys written or oral consent to settle a matter and the Attorneys settle the matter, the Client may be bound by that agreement even before Client signs a formal written settlement agreement. In the event Client later decides to challenge the validity of such a settlement or otherwise fails to abide by such agreement, the Attorneys are under no obligation to represent Client in such endeavor and Attorneys may choose to withdraw from the representation. Client acknowledges that this would constitute a withdrawal for good cause.

The Client represents that no other attorney has been given an interest in this matter, or is owed any fee for services provided to the Client in connection with this matter, nor are there any

other liens or encumbrances on these issues. In the event such liens or encumbrances exist, the Attorneys retain the right to withdraw as counsel, and the Client shall be solely responsible for payment of any and all liens or encumbrances, and shall indemnify and hold harmless the Attorneys from any such claims. This retainer agreement supersedes any prior retainer agreement between the parties.

The Attorneys have advised Client that in order to recover for financial losses, the Client has a duty to mitigate damages. This means that the Client must make reasonable efforts to minimize the amount of damages that s/he sustains. For example, in a wrongful termination claim, this typically means that a Client has a duty to use reasonable diligence to find reasonably comparable employment after the termination. In the event Client has not mitigated his or her damages, s/he may be precluded from recovering lost pay. Accordingly, the Attorneys strongly recommend that Client keeps records to evidence his or her job search, including resumes, fax cover sheets, cover letters, rejection letters, and a detailed log documenting all job search efforts. Additionally, the opposing party will be able to obtain these documents; accordingly, any inaccuracies or omissions may damage the Client's credibility. If your claims do not include a wrongful termination claim, please discuss your duty to mitigate with the Attorneys' lawyers.

The Client understands that no claim can be brought on their behalf, unless it is a timely claim under the applicable statute of limitations. The statute of limitations is a time period designated by federal, state and/or local law that requires a claim to be filed with an administrative agency and/or court within a certain period of time.

The statute of limitations time period varies depending upon the jurisdiction and the type of claim that the Client alleges. In filing an action on the Client's behalf, the Attorneys will take reasonable steps to preserve their Statute of Limitations, presuming the claims are timely as of the date this Agreement is executed. However, the Attorneys cannot be expected to fully understand all of Client's claims on the date this Agreement is signed. Thus, Client will not hold the Attorneys responsible if a statute of limitations expires within ninety (90) days after the retention of the Attorneys. The Attorneys must be given a reasonable amount of time to fully assess the matter prior to being capable of assuring the preservation of all claims. The Attorneys will use reasonable efforts in this regard.

## III. TERMINATING THE RELATIONSHIP

We will endeavor to represent you promptly and efficiently in accordance with the highest legal and ethical standards. However, you have the right to terminate our services at any time upon written notice to us.

We also have the right to terminate our services, upon written notice to you, if you fail to pay for our services in a timely manner, if you fail to cooperate with a reasonable request, or if we determine that continuing service to you would be unethical, impractical, improper, or otherwise undesirable.

## IV. FEE DISPUTES AND PART 137

Except for a fee dispute to be held pursuant to Part 137, the parties may resolve their dispute in any court of competent jurisdiction assuming there exists a basis for personal jurisdiction and venue.

To the extent that any dispute arises between the Attorneys and the Client, the Attorneys and Client agree not to disclose or cause to be disclosed, either directly or indirectly, to any person or organization (except to his/her legal and financial advisor(s), or as required by law, or governmental regulatory authority) any information regarding the nature, facts or circumstances underlying the dispute.

## V. MISCELLANEOUS

This Agreement shall be governed and construed in accordance with the laws of the State of New York. Only an equity partner of the Attorneys is authorized to execute this Agreement and thereby bind the Attorneys. If any provision of this Agreement is held to be invalid, unethical, or unenforceable, the remaining provisions shall remain in full force and effect. This Agreement sets forth the entire agreement between the parties hereto and fully supersedes any and all prior verbal or written agreements or understandings. This Agreement, including this paragraph, cannot be changed except in a writing signed by all parties hereto.

The Client acknowledges that this Agreement has been translated to them in a manner sufficient for them to fully understand all of the terms and conditions of this Agreement.

## VI. ENGAGEMENT

If you wish to hire the Attorneys under the terms of this Letter, sign below. You should also retain a copy of this letter for your records. We look forward to working with you.

By: Joel Hall                                        Dated: 2024-11-27

Name:

If this retention agreement was sent to you via email, you can simply reply to the email stating that "I hereby agree to the terms of the retention agreement that I received from CA."

Very truly yours,

*/s/ Daniel Cohen*
DANIEL COHEN
Consumer Attorneys, PLLC
72-47 139th Street, Flushing, NY 11367

# Signature Certificate

Reference number: GBRO2-49MOH-FTPBA-2BRIA

| Signer | Timestamp | Signature |
|---|---|---|
| **Joel Hall**<br>Email: joelhallsr5@gmail.com<br>Shared via link | | Joel Hall |
| Sent: | 27 Nov 2024 00:01:44 UTC | IP address: 172.56.226.255 |
| Viewed: | 27 Nov 2024 13:54:19 UTC | Location: Birmingham, United States |
| Signed: | 27 Nov 2024 15:07:19 UTC | |

Document completed by all parties on:

27 Nov 2024 15:07:19 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.