FILED
2026 Sep-23 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# HALL v. JUST AS FAMILY — LODESTAR WORKBOOK

| | |
|---|---|
| **Case** | Joel Hall, Sr. v. Just as Family, Inc. |
| **Court / Case** | N.D. Ala., Southern Division — No. 2:25-cv-00187-ACA |
| **Timekeeper** | Emanuel Kataev |
| **Hourly rate** | $350.00 |
| **Preliminary reconstructed hours** | 32.3 |
| **Preliminary lodestar** | $11,305.00 |
| **Negotiated attorneys' fee** | $10,797.75 |

# ATTORNEY TIME

| Date | Timekeeper | Description | Hours | Rate | Lodestar |
|---|---|---|---|---|---|
| 12/04/2024 | Emanuel Kataev | Review paralegal's FLSA demand draft; analyze claimed overtime rate and potential three-year period; provide revision instructions. | 0.6 | $350.00 | $210.00 |
| 12/09/2024 | Emanuel Kataev | Revise and finalize demand letter; address damages methodology and settlement position. | 0.9 | $350.00 | $315.00 |
| 12/31/2024 | Emanuel Kataev | Review and redline draft collective-action complaint; analyze factual allegations, jurisdiction, and FLSA overtime theory. | 1.1 | $350.00 | $385.00 |
| 01/06/2025 | Emanuel Kataev | Conference with Joel Hall regarding complaint allegations, work schedule, pay, and requested relief. | 1.0 | $350.00 | $350.00 |
| 01/06/2025 | Emanuel Kataev | Revise complaint to add 29 U.S.C. § 216(b) collective-action allegations and refine liability theory. | 0.8 | $350.00 | $280.00 |
| 01/13/2025 | Emanuel Kataev | Review comparator pleading and collective-action allegations; make further complaint revisions. | 0.5 | $350.00 | $175.00 |
| 01/27/2025 | Emanuel Kataev | Conference with Joel Hall and Consumer Attorneys team regarding final complaint and filing authorization. | 1.0 | $350.00 | $350.00 |
| 01/27/2025 | Emanuel Kataev | Final review of complaint; approve transmission to client and local counsel for filing. | 0.9 | $350.00 | $315.00 |
| 02/04/2025 | Emanuel Kataev | Confer with local counsel regarding Northern District of Alabama filing logistics and admission; review initiating documents. | 0.5 | $350.00 | $175.00 |
| 02/05/2025 | Emanuel Kataev | Review complaint filing and address questions regarding FLSA collective-action certification strategy. | 0.6 | $350.00 | $210.00 |
| 02/07/2025 | Emanuel Kataev | Review and revise pro hac vice motion and proposed order. | 0.7 | $350.00 | $245.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2025 | Emanuel Kataev | Review docket confirmation of pro hac vice filing and service status. | 0.2 | $350.00 | $70.00 |
| 02/17/2025 | Emanuel Kataev | Review order granting admission and Judge Axon's 21-page initial order, including motion practice and fee-recordkeeping requirements. | 0.7 | $350.00 | $245.00 |
| 02/27/2025 | Emanuel Kataev | Review Defendant's Answer and affirmative defenses, including exemption, hours, willfulness, and good-faith defenses. | 0.6 | $350.00 | $210.00 |
| 03/11/2025 | Emanuel Kataev | Analyze Rule 26(f) requirements; review sample discovery and instruct preparation of Rule 26(f) report, initial disclosures, and protective-order materials. | 0.5 | $350.00 | $175.00 |
| 03/12/2025 | Emanuel Kataev | Review and revise draft Rule 26(f) report, initial disclosures, joint protective-order motion, and proposed order. | 0.9 | $350.00 | $315.00 |
| 03/18/2025 | Emanuel Kataev | Prepare for and participate in Rule 26(f) Zoom conference with Robert Beeman regarding discovery, deadlines, and settlement. | 0.8 | $350.00 | $280.00 |
| 03/18/2025 | Emanuel Kataev | Revise proposed Rule 26(f) report to reflect conference; transmit to defense for redline. | 0.7 | $350.00 | $245.00 |
| 03/21/2025 | Emanuel Kataev | Review defense settlement position; analyze proposal and communicate recommendation to Joel Hall. | 0.6 | $350.00 | $210.00 |
| 03/27/2025 | Emanuel Kataev | Review defense revisions; finalize Rule 26(f) report and authorize filing. | 0.5 | $350.00 | $175.00 |
| 03/28/2025 | Emanuel Kataev | Review filed Rule 26(f) report and resulting obligations; calendar next steps. | 0.3 | $350.00 | $105.00 |
| 03/31/2025 | Emanuel Kataev | Review and revise Plaintiff's initial disclosures; identify witnesses, documents, and damages information. | 0.5 | $350.00 | $175.00 |
| 04/07/2025 | Emanuel Kataev | Final review and revision of Plaintiff's Rule 26(a)(1) initial disclosures before service. | 0.6 | $350.00 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/08/2025 | Emanuel Kataev | Review Defendant's initial disclosures; analyze identified witnesses and documents. | 0.4 | $350.00 | $140.00 |
| 04/14/2025 | Emanuel Kataev | Review scheduling order; calendar discovery, dispositive-motion, and status-report deadlines. | 0.3 | $350.00 | $105.00 |
| 04/16/2025 | Emanuel Kataev | Conference with Joel Hall regarding new case details, witnesses/documents, and settlement. | 0.5 | $350.00 | $175.00 |
| 04/17/2025 | Emanuel Kataev | Review settlement communication from defense; analyze movement from prior positions and advise team/client. | 0.4 | $350.00 | $140.00 |
| 04/18/2025 | Emanuel Kataev | Continue settlement communications with counsel and provide client advice regarding response. | 0.4 | $350.00 | $140.00 |
| 11/24/2025 | Emanuel Kataev | Review docket order and direct preparation of Plaintiff's written discovery. | 0.2 | $350.00 | $70.00 |
| 12/31/2025 | Emanuel Kataev | Review and redline draft interrogatories, requests for production, and requests for admission. | 1.0 | $350.00 | $350.00 |
| 01/07/2026 | Emanuel Kataev | Review revised written discovery; finalize substantive requests and authorize service. | 0.7 | $350.00 | $245.00 |
| 01/09/2026 | Emanuel Kataev | Final review and service coordination for Plaintiff's First Set of Written Discovery Requests. | 0.4 | $350.00 | $140.00 |
| 02/26/2026 | Emanuel Kataev | Analyze settlement posture and outstanding discovery; confer with Robert Beeman; draft and revise joint status report addressing the $3,950 settlement spread and mediation position. | 1.3 | $350.00 | $455.00 |
| 02/27/2026 | Emanuel Kataev | Review and authorize filing of joint status report; calendar follow-up. | 0.3 | $350.00 | $105.00 |
| 06/12/2026 | Emanuel Kataev | Review order setting pretrial scheduling conference and required joint submission; calendar deadlines. | 0.5 | $350.00 | $175.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/16/2026 | Emanuel Kataev | Draft and revise unopposed motion to continue the pretrial conference or permit remote appearance; analyze Rule 1 grounds and settlement status. | 1.2 | $350.00 | $420.00 |
| 07/17/2026 | Emanuel Kataev | Final review and filing coordination for motion to continue. | 0.3 | $350.00 | $105.00 |
| 07/20/2026 | Emanuel Kataev | Review order granting motion to continue. | 0.2 | $350.00 | $70.00 |
| 07/21/2026 | Emanuel Kataev | Review order resetting conference and deadline for joint pretrial materials; calendar requirements. | 0.2 | $350.00 | $70.00 |
| 08/13/2026 | Emanuel Kataev | Review and revise parties' joint Rule 16 submission, including case statement, undisputed facts, contentions, and authorities; transmit to chambers. | 1.4 | $350.00 | $490.00 |
| 08/13/2026 | Emanuel Kataev | Negotiate with Robert Beeman regarding gross settlement amount, installment schedule, consent-judgment security, and related terms. | 1.0 | $350.00 | $350.00 |
| 08/17/2026 | Emanuel Kataev | Analyze $25,000 installment proposal; counsel Joel Hall regarding merits, collection risk, trial risk, and allocation; obtain settlement authority. | 1.1 | $350.00 | $385.00 |
| 08/17/2026 | Emanuel Kataev | Draft and revise settlement agreement and escrowed agreed consent judgment; address limited release, installment payments, default/cure, court approval, and retained jurisdiction. | 2.8 | $350.00 | $980.00 |
| 08/17/2026 | Emanuel Kataev | Review Joel Hall's fee-allocation question; revise agreement and communicate execution instructions to client and defense. | 0.4 | $350.00 | $140.00 |
| 08/18/2026 | Emanuel Kataev | Review defense-executed agreement; coordinate client review/signature, trust-account payment instructions, and delivery of fully executed agreement. | 0.8 | $350.00 | $280.00 |
| 08/18/2026 | Emanuel Kataev | Review and revise unopposed motion to adjourn conferences and extend deadlines pending settlement approval. | 0.8 | $350.00 | $280.00 |
| 08/19/2026 | Emanuel Kataev | Transmit joint adjournment motion to defense for approval and consent to electronic signature. | 0.2 | $350.00 | $70.00 |
| **TOTAL** | | | **32.3** | **$350.00** | **$11,305.00** |

# LODESTAR & SETTLEMENT FEE CROSS-CHECK

| | |
|---|---|
| **Hours worked** | **32.3** |
| **Hourly rate** | **$350.00** |
| **Preliminary lodestar** | **$11,305.00** |
| **Negotiated attorneys' fee** | **$10,797.75** |
| **Reduction from lodestar** | **$507.25** |
| **Reduction percentage** | **4.5%** |

**RESULT**

**The negotiated $10,797.75 fee is below the preliminary $11,305.00 lodestar by $507.25 (4.5%).**

**Final values must be refreshed after attorney verification.**

| Litigation Costs | Amount |
|---|---|
| Federal filing fee | $405.00 |
| Pro hac vice fee | $100.00 |
| Local counsel fee | $500.00 |
| **Total costs** | **$1,005.00** |

| Settlement allocation | Amount |
|---|---|
| Plaintiff gross recovery | $13,197.25 |
| Attorneys' fees | $10,797.75 |
| Costs | $1,005.00 |
| **Gross settlement** | **$25,000.00** |
| **Fees + costs** | **$11,802.75** |